NUMBER 13-02-551-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

__________________________________________________________________

 

JOHNNY
LEROY FORSYTH,                                                   Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                         On appeal from the 24th District Court 

                                 of Calhoun County, Texas.

___________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, JOHNNY
LEROY FORSYTH, attempted to perfect an appeal from a judgment entered by
the 24th District Court of Calhoun County,
Texas.  Sentence in this cause was
imposed on August 15, 2002. 
No timely motion for new trial was filed.  The notice of appeal was due to be filed on September 16, 2002, but was not filed until September
25, 2002.   Said notice of appeal is
untimely filed.  

Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within  fifteen days of the last day allowed
and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. 
Appellant failed to file his notice of appeal and a motion requesting an
extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 27th
 day of November, 2002.